AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| **OTTO ROCAEL VASQUEZ-RAMIREZ,** | )   Case No.   5:26-MJ-172 (ML) |
| | ) |
| | ) |
| | ) |
| | ) |
| **Defendant** | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 2, 2026 in the county of Cayuga in the Northern District of New York the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Alien who has been denied admission, excluded, deported, or removed from the United States and thereafter entered, attempted to enter, or was at any time found in, the United States, without having received permission from the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States. |

This criminal complaint is based on these facts:
See attached affidavit.

☒    Continued on the attached sheet.

_____
*Complainant's signature*

Janie N. Bolton-Robles, U.S. Border Patrol Agent
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:    August 4, 2026

_____
*Judge's signature*

City and State:    Binghamton, NY

Hon. Miroslav Lovric, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Janie Bolton-Robles am assigned to be duly sworn, depose and state the following:

1.     I am a U.S. Border Patrol Agent assigned to the United States Border Patrol, which is part of U.S. Customs and Border Protection (CBP). I have been a U.S. Border Patrol Agent for over 11 years. One of the U.S Border Patrol's primary missions is to apprehend undocumented foreign nationals. My authority to perform this mission is articulated in sections 287 and 235 of the Immigration and Nationality Act. This body of law relates to, among other things, the arresting of previously deported aliens who subsequently reenter the United States.

2.     I make this affidavit in support of a criminal complaint charging Otto Rocael VASQUEZ-RAMIREZ with a violation of Title 8, United States Code, Section 1326(a).

3.     This affidavit is based upon my review of information prepared and provided by law enforcement personnel involved in the investigation, a review of immigration records, and database checks. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, it does not set forth all information known to me or to the government.

4.     On or about July 31, 2026, the Cayuga County Sheriff's Office (CCSO) arrested an individual, later identified as Otto Rocael VASQUEZ-RAMIREZ, for several offenses, including driving while intoxicated and unlicensed operator of a motor vehicle. CCSO contacted Border Patrol after processing VASQUEZ-RAMIREZ.

5.     On or about August 2, 2026, Supervisory Border Patrol Agent (SBPA) Edwin Rodriguez-Rosas and Border Patrol Agent Janie Bolton-Robles encountered VASQUEZ-RAMIREZ, an alien and citizen of Guatemala, at the Cayuga County Jail in Auburn, New York. During the encounter, VASQUEZ-RAMIREZ admitted to being present in the United States without legal authorization. VASQUEZ-RAMIREZ was transported to the Oswego Border Patrol Station for further immigration processing and records checks.

1

5.     The immigration records check showed that VASQUEZ-RAMIREZ is a citizen of Guatemala and had previously been removed from the United States. More specifically, on or about December 13, 2017, VASQUEZ-RAMIREZ was removed via air from Alexandria, Louisiana.

6.     There is no record that after being removed VASQUEZ-RAMIREZ had applied for or received authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to reapply for admission to the United States.

7.     Based on the foregoing, your affiant respectfully submits that there is probable cause to believe that on or about August 2, 2026, within the Northern District of New York, Otto Rocael VASQUEZ-RAMIREZ, violated Title 8, United States Code, Section 1326(a).

ATTESTED TO BY THE APPLICANT BY TELECONFERENCE IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

Janie N. Bolton-Robles
U.S. Border Patrol Agent

I, the Honorable Miroslav Lovric, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by teleconference on August 4, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Miroslav Lovric
U.S. Magistrate Judge

2